<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

Buffalo & Pittsburgh Railroad, Inc., : 
                      Petitioner : 
                                   : 
             v. : 
                                   : 
Pennsylvania Public Utility : 
Commission, : 
                     Respondent :           No. 489 C.D. 2023

**<u>PER CURIAM</u>**                 **<u>O R D E R</u>**

       NOW, April 25, 2024, upon consideration of Petitioner's application for reargument and Respondent's answer in response thereto, the application is DENIED.